**Exhibit A to the Complaint**

**Location:** Jacksonville, FL  
**Total Works Infringed:** 34  
**IP Address:** 174.176.78.99  
**ISP:** Comcast Cable

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | ADC64C92996FC4281CE0DF54F712C1DA791775A9 | 11/10/2025 13:24:43 | Blacked | 08/28/2017 | 09/15/2017 | PA0002052848 |
| 2 | 6999473e01bd877431e162a9f726786b7adbc59a | 05/20/2025 07:57:52 | Vixen | 10/21/2018 | 11/25/2018 | PA0002136633 |
| 3 | B62686A0221295B8F8AFF2D3E73E4564D3FBF08A | 05/19/2025 20:52:25 | Blacked Raw | 05/25/2020 | 06/22/2020 | PA0002245633 |
| 4 | F220248A67384243BDC4762808BAE7EDFEA81A33 | 05/19/2025 20:27:40 | Blacked Raw | 01/22/2018 | 02/20/2018 | PA0002104185 |
| 5 | CD18008FF372456F705382F2F7E3F224738C217A | 05/19/2025 20:14:33 | Blacked Raw | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 6 | 66A0969A9A4CCD89F681FD33B607005F6AD766E7 | 05/19/2025 20:06:49 | Blacked Raw | 12/07/2020 | 12/28/2020 | PA0002269082 |
| 7 | D91D2F11D5BD74E1D6BDC9900ECA6F76EB7FC4A7 | 05/19/2025 19:54:43 | Blacked Raw | 04/22/2019 | 06/03/2019 | PA0002178771 |
| 8 | 829fe8a121ddde4818874069f97b8d142b1d906d | 05/19/2025 19:53:01 | Blacked Raw | 12/03/2019 | 01/03/2020 | PA0002233431 |
| 9 | ABE83A923B85FA169A40C688DCB9CCE59AED868E | 05/19/2025 19:51:47 | Blacked Raw | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 10 | 921B1426F1CD38AE388DC9CABE03CEF0181D1C48 | 05/19/2025 19:51:37 | Blacked Raw | 01/17/2018 | 01/24/2018 | PA0002101760 |
| 11 | 8E1BA82E5394043F9293011863A51DDE565C9F63 | 05/19/2025 19:51:33 | Blacked Raw | 02/13/2019 | 03/24/2019 | PA0002183197 |
| 12 | 9034222BA10CED7A88C0C5A95A8657C992CDA40E | 05/19/2025 19:51:32 | Blacked Raw | 06/11/2018 | 07/09/2018 | PA0002109330 |
| 13 | 245F40B4602878AA9F7740AB8608CC34DAD74EC6 | 05/19/2025 19:50:50 | Blacked Raw | 02/21/2019 | 04/29/2019 | PA0002170356 |
| 14 | 187A55C1B746A15760A7C47FF31ABD8DDCCEF844 | 05/19/2025 19:50:44 | Blacked Raw | 03/28/2019 | 05/28/2019 | PA0002200777 |
| 15 | F6DEAC7F794ADADA53C8AB35D826F0D90D8CF5BC | 05/19/2025 19:49:55 | Blacked Raw | 06/13/2023 | 07/13/2023 | PA0002420359 |
| 16 | F3C6AE85BF748B9A5648A75EF2A6633F339F2BC2 | 05/19/2025 19:49:53 | Blacked Raw | 04/12/2018 | 06/18/2018 | PA0002126637 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 2BCBF5450470C0F50C18388AD179F60A22F91EAD | 02/24/2025 18:16:30 | Vixen | 05/14/2017 | 06/22/2017 | PA0002039297 |
| 18 | EB0EF58B556631473A0ADF5DB26DB24D02198602 | 02/24/2025 18:15:34 | Blacked Raw | 08/30/2019 | 09/17/2019 | PA0002216138 |
| 19 | 18DC9BBF4A12F3E7D44079B91BE25EE4F440B7F4 | 02/24/2025 18:14:37 | Blacked Raw | 02/06/2020 | 02/20/2020 | PA0002229053 |
| 20 | 4E120D0BC23A03B979BC0657838169B80F0ECF68 | 02/24/2025 18:14:35 | Vixen | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 21 | 81D97205222A0FA345E03D5B21E4146DDAC68EEF | 02/24/2025 18:14:31 | Blacked Raw | 03/02/2020 | 04/17/2020 | PA0002246105 |
| 22 | AC869D915DA6AAE8F96A847E371A54E7A1967351 | 02/24/2025 18:14:29 | Blacked Raw | 09/04/2019 | 09/13/2019 | PA0002200700 |
| 23 | B8864AB45E60AD4A2275505F7C1E4169E25CDC1A | 02/24/2025 18:14:28 | Blacked Raw | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 24 | F29151CD63CF8922DB82614E889F4EC8440DFA96 | 02/24/2025 18:14:28 | Blacked Raw | 05/22/2019 | 07/17/2019 | PA0002188299 |
| 25 | 9A2C18F7F70683E4E36E659A9ECC898B4B9A5B20 | 02/24/2025 18:14:27 | Blacked Raw | 01/17/2020 | 02/20/2020 | PA0002229055 |
| 26 | 351ED61B460494FEFA337D94602ABBC30C7B1EF5 | 02/24/2025 18:14:24 | Blacked Raw | 07/16/2019 | 08/02/2019 | PA0002192306 |
| 27 | 3BAD90C03288E841E006BCA15821178585E4EE52 | 02/24/2025 18:14:24 | Blacked Raw | 02/17/2020 | 04/17/2020 | PA0002246110 |
| 28 | 941A2E00F47F2F1C1D775E3B8D5FD77D2083F8D7 | 02/24/2025 18:14:15 | Blacked Raw | 06/26/2019 | 08/27/2019 | PA0002213245 |
| 29 | 2BAA4F21CE57CBC91296A8BF8C9ABB35A71B1277 | 02/24/2025 18:14:14 | Blacked Raw | 01/02/2020 | 02/04/2020 | PA0002225581 |
| 30 | B2B75562E0ED2D160425A352484597478131E692 | 02/24/2025 18:14:13 | Blacked Raw | 02/21/2020 | 03/18/2020 | PA0002241534 |
| 31 | FDC8E91A10EC4B4CBB054DCF5E2698BDD39FADAA | 02/24/2025 18:14:10 | Blacked Raw | 12/23/2019 | 01/03/2020 | PA0002219636 |
| 32 | E350E8BA6807D1147CDA3CF7C52B6D0A736D7336 | 02/24/2025 18:14:09 | Blacked Raw | 11/25/2019 | 12/09/2019 | PA0002216263 |
| 33 | 5C80838196397565163B151230D205588E235F92 | 02/24/2025 18:14:09 | Blacked Raw | 01/22/2020 | 02/20/2020 | PA0002229057 |
| 34 | 718da74b83244372e13e64baec0e4020b7939c0b | 05/16/2024 21:39:40 | Vixen | 01/14/2019 | 02/02/2019 | PA0002155387 |